**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| ROSELAND VILLAGE, LLC | ) ) ) | Chapter 11<br>Case No. 11-30223-KRH<br>Jointly Administered |
| Debtor. | ) ) ) | |

|  |  |
|---|---|
| In re: | ) ) ) |
| G.B.S. HOLDING, LTD., | ) ) ) |
| Debtor. | ) ) ) |

**WITHDRAWAL OF FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND SECOND AMENDED DISCLOSURE STATEMENT FILED BY <u>MILLER AND SMITH ADVISORY GROUP, LLC</u>**

Miller and Smith Advisory Group, LLC ("Miller and Smith"), by counsel, hereby withdraws, without prejudice, its First Amended Chapter 11 Plan of Reorganization of Miller and Smith Advisory Group, LLC [Docket No. 301] and its Second Amended Disclosure Statement [Docket No. 253].

Lawrence A. Katz (VSB No. 47664)
D. Marc Sarata (VSB No. 68621)
Kristen E. Burgers (VSB No. 67997)
Leach Travell Britt pc
8270 Greensboro Drive, Suite 700
Tysons Corner, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
*Counsel to Miller and Smith Advisory Group, LLC*

{LTB-00046104-2 }

Date: October 8, 2013

Respectfully submitted,

MILLER AND SMITH ADVISORY GROUP, LLC

By: */s/ D. Marc Sarata*
    Lawrence A. Katz (VSB No. 47664)
    D. Marc Sarata (VSB No. 68621)
    Kristen E. Burgers (VSB No. 67997)
    Leach Travell Britt pc
    8270 Greensboro Drive, Suite 700
    Tysons Corner, Virginia 22102
    Email: lkatz@ltblaw.com
    Email: msarata@ltblaw.com
    E-mail: kburgers@ltblaw.com
    Telephone: (703) 584-8900
    Facsimile:  (703) 584-8901

*Counsel to the Miller and Smith Advisory Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2013, I caused the foregoing Withdrawal to be served via operation of the Court's CM/ECF electronic noticing system upon all parties appearing and accepting service via ECF in this matter and via U.S. mail, first class, postage prepaid, on the parties identified on the attached service list.

*/s/ D. Marc Sarata*
D. Marc Sarata

## SERVICE LIST

| | | |
|---|---|---|
| Tyler P. Brown<br>Justin F. Paget<br>HUNTON & WILLIAMS LLP<br>951 East Byrd Street<br>Richmond, Virginia 23219 | Central Virginia Bank c/o<br>Williams Mullen<br>Williams Mullen Center, 16th Floor<br>200 South 10th St.<br>Richmond, VA 23219-4091 | Citizens and Farmers Bank c/o<br>Spotts Fain PC<br>411 E. Franklin St. Suite 600<br>Richmond, VA 23219-2200 |
| Essex Bank<br>c/o Vernon E. Inge, Jr., Esq.<br>LeClairRyan<br>Post Office Box 2499<br>Richmond, VA 23218-2499 | Four K Associates<br>c/o Bradley P. Marrs<br>The Marrs Law Firm, PLLC<br>7202 Glen Forest Drive<br>Suite 307<br>Richmond, VA 23226-3770 | Franklin Federal Savings Bank c/o Robert A. Canfield<br>2201 Libbie Avenue, Suite 200<br>Richmond, VA 23230-2364 |
| G.B.S. Holding, Ltd.<br>3736 Winterfield Road, Suite 200<br>Midlothian, VA 23113-9235 | Miller and Smith Advisory Group<br>8401 Greensboro Drive<br>Suite 450<br>McLean, VA 22102-5113 | Paragon Commercial Bank c/o<br>William A. Gray Sands Anderson PC<br>PO Box 1998<br>Richmond, VA 23218-1998 |
| Roseland Village, LLC<br>3736 Winterfield Road, Suite 200<br>Midlothian, VA 23113-9235 | Sands Anderson PC<br>c/o C. Thomas Ebel<br>1111 E Main Street<br>Suite 2300<br>Richmond, VA 23219-3532 | Virginia Commonwealth Bank<br>c/o Michael D. Mueller, Esquire<br>Christian & Barton, LLP<br>909 E. Main Street, Suite 1200<br>Richmond, VA 23219-3013 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | BB Hunt, L.L.C.<br>c/o Daniel T. Schmitt<br>11237 Nuckols Road<br>Glen Allen, Virginia 23059-5502 | BB Hunt, LLC<br>ATTN: Daniel T. Schmitt<br>11237 Nuckols Road<br>Glen Allen, VA 23059-5502 |
| Chesterfield County Treasurer<br>P.O. Box 26585<br>Richmond, VA 23261-6585 | Commonwealth of Virginia<br>Department of Taxation<br>PO BOX 2156<br>Richmond, VA 23218-2156 | Fidelity Title Services, Inc.<br>One James Center, Suite 1949<br>901 East Cary Street<br>Richmond, VA 23219-4049 |
| FloranceGordonBrown, PC<br>1900 One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4063 | Franklin Federal Savings Bank<br>ATTN: Ms. Laura Crowder<br>4501 Cox Road<br>Glen Allen, VA 23060-3381 | Franklin Federal Savings Bank<br>c/o Duane A. Deskevich, Esq.<br>1409 Eastridge Road<br>Henrico, VA 23229-5501 |
| Franklin Federal Savings Bank<br>c/o Robert A. Canfield, Esq.<br>Canfield, Baer & Heller, LLP<br>2201 Libbie Avenue, Suite 200<br>Richmond, VA 23230-2364 | GBS Holding, Ltd.<br>3736 Winterfield Road<br>Suite 200<br>Midlothian, VA 23113-9235 | Internal Revenue Service<br>PO Box 7436<br>Philadelphia, PA 19101-7436 |

{LTB-00046104-2 }

| | | |
|---|---|---|
| Perfect Lawn Care<br>2364 Judes Ferry Road<br>Powhatan, VA 23139-5209 | Poole & Poole Architecture<br>3736 Winterfield Road, Suite 100<br>Richmond, Virginia 23219 | Salle, Jr., George F.<br>311 Scottish Court<br>Greenville, NC 27858-8974 |
| Teresa Salle<br>c/o Paul A. Fanning<br>Ward and Smith, P.A.<br>Post Office Box 8088<br>Greenville, NC 27835-8088 | Treasurer Chesterfield County<br>Attn: Laura Saxon<br>PO Box 70<br>Chesterfield VA 23832-0906 | Urban Design Associates<br>707 Grant Street<br>Pittsburgh, PA 15219-1909 |
| Bruce E. Arkema<br>DurretteCrump PLC<br>1111 East Main Street, 16th Floor<br>Richmond, VA 23219-3532 | George B. Sowers Jr.<br>c/o Riverton Associates, LLC<br>3738 Winterfield Rd.<br>Midlothian, VA 23113-9236 | George Bruce Sowers Jr.<br>2001 Oakengate Lane<br>Midlothian, VA 23113-4062 |
| Jacqueline Richards Sowers<br>2001 Oakengate Lane<br>Midlothian, VA 23113-4062 | Judy A. Robbins 11<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219-1849 | Kevin J. Funk<br>DurretteCrump PLC<br>1111 East Main Street, 16th Floor<br>Richmond, VA 23219-3532 |
| Teresa Salle<br>Ward and Smith, P.A.<br>c/o Paul A. Fanning<br>Post Office Box 8088<br>Greenville, NC 27835-8088 | | |

{LTB-00046104-2 }